■ In the Matter of Violet Wands, Respondent, v. Central Warehouse Corp. et al., Appellants. Workmen's Compensation Board, Respondent.— Decision affirmed, with costs to the Workmen's Compensation Board. No opinion. Herlihy, P. J., Greenblott, Sweeney and Main, JJ., concur; Reynolds, J., dissents and votes to reverse in the following memorandum. Reynolds, J. (dissenting). There is no tension shown in this case which would be sufficient to constitute an accident either as a matter of law under the cases or as a matter of substantial evidence. The record does not contain substantial medical evidence that the alleged tension was a contributing factor in the myocardial infarction and the decision should be reversed and the claim dismissed.